# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Vincent M. DeOrchis**
Admitted in New York

437 Madison Avenue
New York, NY 10022
Tel: 212-867-9500

Direct Dial: 212-551-7730
Fax: 212-599-5085
Email: vdeorchis@mmwr.com

December 5, 2022

<u>VIA ECF</u>:
Hon. Paul G. Gardephe
Thurgood Marshall
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Zim Integrated Shipping Services Ltd. v. Master Machinery LLC*
SDNY 22-cv-07225-PGG

Dear Honorable Judge Gardephe:

We represent Plaintiff, Zim Integrated Shipping Services Ltd., in the above captioned litigation. We write to request an adjournment of the initial pretrial conference in this matter that is currently scheduled before Your Honor on Thursday December 8, at 10.45 am. Due to an unexpected conflict, Plaintiff's counsel will not be available.

Furthermore, Defendant Master Machinery LLC, copied in this communication via express courier notification, has to this date not appeared in this litigation and has stopped communicating with Plaintiff since July. The Clerk of the Court has noted the entry of Defendant's default on the docket on November 30, 2022 (Dkt. 12). Plaintiff intends to move for a Default Judgment according to Your Honor's Individual Rules of Practice. This is the first request for an adjournment of the initial pre-trial conference. Please let us know if you have any questions or concern.

We thank the Court for its assistance in this matter.

Respectfully submitted.

s/Vincent M. DeOrchis
Vincent M. DeOrchis

VMD:kc
cc:

Montgomery McCracken Walker & Rhoads LLP

Hon. Paul G. Gardephe
December 5, 2022
Page 2

<u>VIA FEDERAL EXPRESS</u>:

MASTER MACHINERY LLC
10225 Lyndon St.
Detroit, Michigan 48238
Attn: Ryan Messacar

**MEMO ENDORSED:  The conference on December 8 is adjourned <u>sine die</u>.  Plaintiff will move for default judgment by December 13, 2022.**

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Date: December 6, 2022