# OWEN F. DUFFY, III
## ATTORNEY AT LAW

P.O. Box 919
POINT LOOKOUT, NEW YORK 11569

TELEPHONE (516) 721-8793
TELECOPIER (516) 259-8972

Email:
Owen@ODuffy-Law.com

January 11, 2023

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New YorkVia ECF
40 Foley Square, Room 224
New York, New York 10007

Re:ZIM INTERGRATED SHIPPING SERVICES
LTD. v. MASTER MACHINERY LLC
S.D.N.Y. Docket No.: 22 Civ. 7225 (PGG)

Dear Your Honor,

The undersigned represents the Defendant Master Machinery LLC in the captioned matter.

I am writing now to request that the Court reschedule the dates for the submission of a proposed case management plan (1/17) and the initial pre-trial conference (1/19) as set forth in the Court's Memo Endorsement of yesterday's date. (ECF 30).

The reason that I am requesting an adjournment of the dates set forth in the Court's Memo Endorsement is that I am a solo practitioner, and I am scheduled for a medical procedure (removal of the thyroid gland) in the hospital on January 17, 2023, I will not be discharged from the hospital until the 18th at the earliest, and I am very much concerned that I will not be able to come to the court on the 19th.

This is the first request for an adjournment of the dates set forth in the Court's Memo Endorsement. Additionally, the undersigned has reviewed this matter and my intention to request an adjournment of the dates set forth in the Court's Memo Endorsement with the plaintiff's counsel, Vincent M. DeOrchis, Esq. Attorney DeOrchis has advised that he does not object to an adjournment of the dates in the Court's Memo Endorsement.

**The Law Office of Owen F. Duffy, III**

Under the circumstances, I have also conferred with attorney DeOrchis today in order to review our respective schedules so as to be able to propose some dates for the initial pre-trial conference where would both be available. Consistent with my discussions with attorney DeOrchis, I request the Court to reschedule the initial pre-trial conference for one of the following dates:

Jan. 24th (Tues.); Jan. 31st (Tues.); Feb. 3rd (Fri.);
Feb. 6th (Mon.); Feb. 8th (Wed.); or Feb. 10th (Fri.).

I thank the Court for its attention to this matter.

Respectfully submitted,

Owen F. Duffy

Cc: Vincent M. DeOrchis, Esq.
Montgomery, McCracken,
Walker & Rhoads, LLP
437 Madison Avenue
New York, New York 10022
Email: vdeorchis@mmwr.com

*Via ECF*

**MEMO ENDORSED:  The conference scheduled for January 19, 2023, is adjourned to January 24, 2023, at 10:00 a.m. in Courtroom 705 o the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The parties' joint letter and proposed case management plan is due by January 23, 2023 at noon.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: January 13, 2023